261220

# United States District Court

FOR THE

VIRGINIA EASTERN

08-313-M 01

**UNITED STATES OF AMERICA**

VS.

MCMILLAN, MICHAEL

Defendant

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| P2022515 FV78 | 11/... |

**FILED**

MAY 13 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OFFENSE   DRIVE W/SUSPENDED L

32CFR-234.17

46.2-301(b)

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER.

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above-stated charge(s).

MANDATORY COURT APPEARANCE REQUIRED

- Collateral in the Amount of $_____ may be Forfeited in Lieu of Appearance

Date ___1-12-04___                    _____
                                       United States Magistrate Judge

**RETURN**

| RECEIVED | Date | Location |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| Date | Location |
|---|---|

Name __Byars, Robert C__  Title __DUSM__  District __016__
Date __13 May 08__  Signature __RC Byars__

**FILED**

MAY 13 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08-313-M 01

# United States District Court
## Violation Notice

Violation No: **P2022515**

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 1/10/03 12:00
Offense Charged: VA46.2-301(B)
Place of Offense: Military Rd / Exit 2
Offense Description: Military / Driving

Officer No: **L5303**
Officer Name: **Lindner**

Defendant's Last Name: **McMillan**
First Name: **Michael**
MI: **G**

A [ ] YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B [X] YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
  [ ] I wish to terminate this matter by paying the collateral shown below, enclosed
  [ ] I plead not guilty and promise to appear as required

YOUR COURT DATE
Court Address: **U.S. COURTHOUSE, 401 COURTHOUSE SQUARE, ALEXANDRIA, VIRGINIA 22314**
Date: 01/09/08  Time: 9:00 AM

Collateral Due: **$0**
For payment by credit card, SEE INSTRUCTIONS

(701) 669-8736

DD FORM 1805, SEP 1998

---

STATEMENT OF PROBABLE CAUSE

On 1/1/07 at approx. [time] I was on the military RD exit the Pentagon reservation. I saw a gray Honda DC temp tag 427360DC with an unregistered operator driving on the toll. The operator had no identification, his name and SS # 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. McMillan had his driving privileges revoked in VA which suspended effective 11/02/05. This suspension was issued by Fairfax District Court for failure to pay fines.

Probable cause: 1-12-08

Officer's Signature

CVR Scan 11/13/2003

AO 238
(REV-8/00)



# UNITED STATES DEPARTMENT OF JUSTICE
## UNITED STATES MARSHALS SERVICE

**08-313-M 01**

UNITED STATES OF AMERICA
vs

Defendant

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| | |

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount

of $ _____ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

MANDATORY COURT APPEARANCE REQUIRED
401 Courthouse Square
Alexandria, VA 22314

BETWEEN 8:30-2:00
MON-FRI

PLEASE BE SURE TO INCLUDE YOUR VIOLA-
TION NOTICE NUMBER, DATE ISSUED AND
REFERENCE TO PERSON FINE IS BEING PAID
FOR (OTHER THAN PAYER) ON ALL CHECKS
OR MONEY ORDERS.

Sincerely,
John F. Clark

UNITED STATES MARSHAL  *J Brown*

BY: __JANICE BROWN__   FOR _____
DEPUTY UNITED STATES MARSHAL
ROB HAASE
DATE OF NOTICE: 01/15/2004
PHONE: 703-837-5501

COPY - U.S. MARSHALS SERVICE DISTRICT OFFICE SUSPENSE AND